IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JULIE M. QUATTLEBAUM,

      Plaintiff,

v.                                            CASE NO. 5:10cv197-RH/CJK

MICHAEL J. ASTRUE,

      Defendant.

_____/

## ORDER AFFIRMING THE DENIAL OF BENEFITS

This case is before the court on the magistrate judge's amended report and recommendation, ECF No. 19. No objections have been filed. The record establishes that the Commissioner's decision is supported by substantial evidence. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision denying the plaintiff's application for disability benefits is AFFIRMED. The clerk must enter judgment and close the

file.

    SO ORDERED on September 13, 2011.

<u>Robert L. Hinkle</u>
United States District Judge
